68 A.3d 328

Keith ANDREWS, Relator/Petitioner

v.

Jon FISHER, Respondent.

No. 42 EM 2013.

Supreme Court of Pennsylvania.

June 10, 2013.

## ORDER

PER CURIAM.

**AND NOW,** this 10th day of June, 2013, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Habeas Corpus is **DENIED.**